# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DAVID LEE MAYO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 7:12-cv-00649-WMA |
| ) | |
| GARY HETZEL, WARDEN, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

David Lee May ("the petitioner"), has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). The magistrate judge assigned this case filed his report and recommendation, recommending that the petition for writ of habeas corpus be dismissed with prejudice due to the fact that it is barred by the applicable statute of limitations. (Doc. 8). The petitioner has objected to the same, asserting that his delay in instituting this proceeding was due to his mental deficiencies, prison personnel, and predatory jail house lawyers. (Doc. 9).

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this the 4th day of May, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE